## IN THE

## UNITED STATES FEDERAL COURT

## DISTRICT OF COLUMBIA

333 Constitution Avenue, N.W.
Washington, DC 20001

Case: 1:23−cv−03601
Assigned To : Unassigned
Assign. Date : 12/1/2023
Description: Pro se. Gen. Civ. (F-Deck)

**I**

Petition To Uphold Constitution Rights
Civil Rights
Human Rights

**II**

Petition For Related Damage
Regarding Mentioned Rights

**Victims**
1. Ann. Luo/natural mother of minors below
2. Jennifer A. /minor
3. Natalie A./minor
4. Mary Ann A./minor

**Respondent/Government Entity's name**
1. Federal Children and Family Administration, USA
   Address: U.S. Department of Health & Human Services, 330 C Street, S.W., Washington, D.C., 20201

**Come** now, Victims file these petitions in good faith as below shows.

1. That Victims mailed Ante Litem notice to mentioned government entities by certified mail.
2. That mentioned government entities have violated the victims' constitutional rights and civil rights, Human rights etc. through Child abuse, Flip cause and effect, Misrepresentation, Malfeasances of duty:
3. Sara harp elementary, ga, 30214, Knowingly Wrongfully reporting victim 4 as unexcused absent to Child Services which is violating mom of Mary A. Constitution rights, incl. Natural parent rights, etc.
4. Knowingly Wrongfully refuses to update Mary Ann A. school attending records
5. Above caused Child services, ga to Wrongfully threatened victims to appear in juvenile court Without Due process of Sufficient Service
6. Above caused Ga state employee/ GAL/ Mr. Lylod walker, employee of Ga state government, Knowingly Wrongfully Unconstitutionally misrepresented and misguided GA state Juvenile court to order natural mom to take psychological test; Misadvised said court to sentence natural children of victim 1 to be taken away from her
7. Above caused Ga State Superior court, GA, 30214, Wrongfully Unconstitutionally sentenced Natural mother/victim 1 to be supervised when she is with her natural minor children

8. That also caused said court Wrongfully Unconstitutionally sentenced Natural mother to remove herself from her residential home where her family and minor children are which are substantially violating victim 1' natural parent rights and violating all minor victims human rights regarding free 2 way access to natural parents and natural children, and violation of Constitutional private property right

9. All actions, court orders, sentences were not only done Without relevant Sufficient evidence of danger caused by victims which are constitutional rights violations of Due process but also Without ending date which is like Death penalties that Unconstitutional Wrongfully Killed related Constitutional rights Human rights Civil rights of victims.

10. ALL these are also Civil rights violations regarding Privacy, Fair Equal Justice, Treatment and Protection.

11. That incidents happened around May 26th, 2023, May 25th, 2023, Feb. 13th, 2023, Jan. 23rd, 2023, Nov. 2022, Oct. 17, 2022, that have caused Continues, Long-term Damages to victims.

12. Above actions have caused the victims to suffer following severe Damages and Distress:

13. Lost Natural mother and Family

14. Lost Private property where Natural Minor Children and Family

15. Related Financial Injury and Damage

16. Lost precious time injury

17. Lasting losing jobs and educational capability, opportunities and performance

18. Related Endless Dangers, Sadness, Sleepless, Tears, Severe Humiliations, Harassment, Emotional Health distress in these Unconstitutional Wrongful sentences/court orders, which are self-evident without needing to say.

19. Related Continues Distress injury to cause victims Loss enjoyment of her natural children and family, loss appetizing, and many other things.

20. That Victims are minorities in which we believe that mentioned governments Wrongfully knowingly treat them Differently by violating their constitutional rights, civil rights as mentioned are Severe Discriminations.

21. The Georgia State government is being sued because the Georgia department of education where Administrates Sara harp elementary is under its Administration.

22. Georgia State Child Service, Lloyd Walker/GAL from Georgia state government, Superior Court in Fayette County, and Juvenile Court in Fayette County are all part of the Georgia State government or under its administration or are its employees/representatives.

23. The Federal Children and Family Administration is being complained against because the Georgia State Child Service is under its administration.

24. Therefore, victims request this honorable court to overturn/abolish Unconstitutional Wrongful court sentences, school attendance records issued by mentioned GA state governments.

25. Therefore, victims request this honorable court to Forbid mentioned governments from filing anything against victims and other people.

26. Therefore, victims request this honorable court to order the respondents to pay victims compensations at the amount of this honorable court deems justified.

27. Therefore, victims request this honorable to appoint victims a lawyer because none of the lawyers interested in this case after victims called tons of lawyer offices.

28. Therefore, victims respectfully request confidential filing and general reliefs.

29. Fri. 10th, Nov. 2023, Ann.Luo: _____

30. Tel. 901-878-9283, YouAreFabulous2014June@Gmail.com,

31. Detail 1, Detail 2 , form

Dear Honorable Court Clerk,

May you please help me and my little girls to have attached filed.

Thank you very much (efiling)

&

Happy Holidays to you all.

Best,

Mrs. Ann. L.

901-878-9283

YouAre Fabulous 2014June @Gmail.com.

*<Please forgive my ugly handwriting, English is not my first language>



RECEIVED
Mail Room

DEC - 1 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia